UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOES 1-4 and MARY DOE,

    Plaintiffs,

v.                                                   Case No. 12-11194

RICHARD SNYDER and COL. KRISTE ETUE,

    Defendants.
                                                     /

**ORDER STRIKING PLAINTIFFS' RESPONSE TO DEFENDANTS'
MOTION TO DISMISS AND GRANTING IN PART PLAINTIFFS'
"MOTION FOR LEAVE TO FILE EXCESS PAGES"**

Contemporaneous to filing a forty-five page response brief to Defendants' pending motion to dismiss, Plaintiffs filed a motion to exceed the briefing page limit imposed by Local Rule 7.1(d)(3)(A). Plaintiffs cite the complexity of the case and the court's earlier order permitting Defendants to exceed the page limit imposed by the Local Rules as justifications for filing their lengthy brief. Although the court agrees that the nature of this case counsels in favor of authorizing a reasonable extension of the briefing page limit, the current length of Plaintiffs' response is excessive. Defendants constrained their introduction, statement of facts/legislative history, and argument sections of their brief to less than thirty-five pages of text. The court finds no reason that Plaintiffs are unable to do the same. Therefore, the response brief will be struck from the docket and Plaintiffs shall file a revised brief. Accordingly,

    IT IS ORDERED that Plaintiffs' response to Defendants' motion to dismiss [Dkt. # 18] is hereby STRICKEN from the docket of the court.

IT IS FURTHER ORDERED that Plaintiffs' "Motion for Leave to File Excess Pages" is GRANTED IN PART.  Plaintiffs are DIRECTED to file a revised response brief, limited in length to thirty-five pages of double spaced text, by **May 29, 2012**. Only the introduction, statement of facts/legislative history, and argument sections of the brief shall count towards the thirty-five page limit.

      s/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated:  May 18, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 18, 2012, by electronic and/or ordinary mail.

      s/Lisa Wagner
      Case Manager and Deputy Clerk
      (313) 234-5522

S:\Cleland\JRC\Opinions and Orders\12-11194.DOES.Grant.In.Part.Page.Extension.jrc.wpd