UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOES #1-5 AND MARY DOE,

     Plaintiffs,

v

RICK SNYDER, Governor of the State of
Michigan, and COL. KRISTE ETUE,
Director of the Michigan State Police, in
their official capacities,

     Defendants.

No. 2:12-cv-11194

HON. ROBERT H. CLELAND

MAG. DAVID R. GRAND

---

Michael J. Steinberg (P43085)
Kary Moss (P49759)
American Civil Liberties Union of Michigan
Attorneys for Plaintiffs
2966 Woodward Avenue
Detroit, MI 48201
(313) 578-6824

Miriam Aukerman (P63165)
American Civil Liberties Union of
Michigan
Attorneys for Plaintiffs
89 Ionia NW
Grand Rapids, MI 49503
(616) 301-0930

Margaret A. Nelson (P30342)
Erik A. Grill (P64713)
Attorney for Defendants
Michigan Department of Attorney General
Public Employment, Elections & Tort Div
P.O. Box 30736
Lansing, MI 48909
(517) 373-6434

Paul D. Reingold (P27594)
Michigan Clinical Law Program
Attorneys for Plaintiffs
363 Legal Building
801 Monroe Street
Ann Arbor, MI 48109
(734) 763-4319

William W. Swor (P21215)
Attorney for Plaintiffs
645 Griswold Street, Ste 3060
Detroit, MI 48226
(313) 967-0200

        /

---

**STIPULATION AND ORDER EXTENDING DISCOVERY AND OTHER
DATES**

The Court, having been advised by the parties of developments in this matter in a separately filed motion, and considering on the stipulation of the parties:

**IT IS ORDERED** that discovery is extended through January 3, 2014, and that the motion cut-off date be extended to February 6, 2014.  Dates for the Joint Final Pretrial Order, Pretrial Conference, and Trial, along with any other remaining dates on the June 3, 2013 scheduling order, will be rescheduled to a date and time determined by the Court; and

**IT IS FURTHER ORDERED** that the Court will allow amendment of the Complaint to address the November 5, 2013 amendment to the Sex Offender Registration statute. Plaintiff will file the Amended Complaint by December 2, 2013.


Date:  November 27, 2013          s/Robert H. Cleland
                                  ROBERT H. CLELAND
                                  UNITED STATES DISTRICT JUDGE



The parties, through their respective counsel, stipulate to the entry of the above order.



*/s/ Paul D. Reingold(w/permission)*          */s/ Erik A. Grill*
Paul D. Reingold (P27594)                     Erik A. Grill (P64713)
Michigan Clinical Law Program                 Assistant Attorney General
Attorney for Plaintiffs                       Attorney for Defendants
**Date:**    11/26/2013                       **Date:** 11/26/2013