# EXHIBIT 2

Declaration of John Doe #1

## DECLARATION OF JOHN DOE __|__

I, John Doe __|__, state as follows:

- I have reviewed the facts ain the complaint that relate to me. I affirm that those facts are accurate to the best of my knowledge, information, and belief.

Pursuant to 28 U.S.C. § 1746, I state under penalty of perjury under the laws of the United States that the above statements are true and correct to the best of my knowledge, information and belief.

I am signing this declaration using the pseudonym assigned to me in this litigation. A declaration under my real name is on file with my attorneys.

Dated: 3/2/12

John Doe