UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

JOHN DOES #1 – 5 and MARY DOE,

                      Plaintiffs,              Case No. 2:12-cv-11194

v.

                                        HON. ROBERT H. CLELAND

RICHARD SNYDER, Governor of the State
of Michigan, and COL. KRISTE             MAG. JUDGE DAVID R. GRAND
ETUE, Director of the Michigan State
Police, in their official capacities,

                      Defendants.

---

**JOINT STIPULATION TO STRIKE DKT NO. 68 AND GRANT LEAVE FOR DEFENDANTS TO REFILE WITH ADDITIONAL REDACTIONS**

The parties, by and through counsel, have agreed that in order to comply with the protective order in this matter Defendants will strike their Motion for Summary Judgment and be granted leave to refile with additional redactions:

1. Defendants filing of Docket No. 68 is stricken from the record.

2. Defendants are granted leave to refile Docket No. 68 with additional redactions.

                                    **SO ORDERED.**

Dated: March 3, 2014                    s/Robert H. Cleland
                                                Hon. Robert H. Cleland
                                                U.S. District Judge

Stipulated and approved for entry:

/s Miriam Aukerman                    /s Erik A. Grill
Miriam Aukerman                        Erik A. Grill
American Civil Liberties Union        Assistant Attorney General
   Fund of Michigan                     Attorney for Defendants
Attorney for Plaintiffs

1