**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JOHN DOES 1-4 and MARY DOE,

      Plaintiffs,

v.                                                                    Case No. 12-11194

RICHARD SNYDER and COL. KRISTE ETUE,

      Defendants.

                                    /

**ORDER SUSPENDING BRIEFING AND
DIRECTING PARTIES TO APPEAR FOR A STATUS CONFERENCE**

On February 20, 2014, Plaintiffs moved for summary judgment.  (Dkt. # 58.)  On

that same day, Defendants cross moved for summary judgment.  (Dkt. # 68.)

Subsequently, on March 4, 2014, Defendants filed an amended motion for summary

judgment.  (Dkt. # 79.)  The filings are voluminous.  For example, Plaintiffs' statement of

material facts alone spans 179 pages and attached to the motion are 81 exhibits.  On

initial review, it appears to the court that the parties' motions have not been presented in

a manner that will most expeditiously resolve the issues at hand.  Accordingly,

IT IS ORDERED that any further motion practice, or briefing on currently filed

motions [Dkt. # 58, 79] is SUSPENDED pending further of the court.

IT IS FURTHER ORDERED that lead counsel for each party is DIRECTED to

appear for a status conference on **April 15, 2014 at 10:00 a.m.**

                              s/Robert H. Cleland
                              ROBERT H. CLELAND
                              UNITED STATES DISTRICT JUDGE

Dated:  March 14, 2014


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 14, 2014, by electronic and/or ordinary mail.

 s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\12-11194.SNYDER.StatConference.rljr.wpd