# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JOHN DOE #1-5 and MARY DOE,

    Plaintiffs,

v.                                                       Case No. 12-11194

RICHARD SNYDER and COL. KRISTE ETUE,

    Defendants.
                                                 /

## ORDER DIRECTING PARTIES TO SUBMIT A JOINT PROPOSED JUDGMENT

       Plaintiffs John Doe #1-5 and Mary Doe filed a nine count First Amended Complaint challenging the constitutionality of the Michigan's Sex Offenders Registration Act ("SORA"), as amended in 2011 and 2013. (Dkt. #46, Pg. ID 840.) Both parties filed Rule 52 motions for judgment on the stipulated facts and records submitted by the parties. (*See* Dkt. ## 90-95.) The court resolved those motions in its March 18, 2013 Opinion and Order Granting in Part and Denying in Part Defendants' Amended Motion to Dismiss (Dkt. # 27), its March 31, 2015 Opinion and Order Resolving Motions for Judgment (Dkt. # 103), and its September 3, 2015 Opinion and Order Resolving Outstanding Issues (Dkt. # 118).

       It is ORDERED that the parties are DIRECTED to submit to the court a proposed joint judgment by no later than October 12, 2015 consistent with the court's aforementioned orders. Nevertheless, the court strongly urges the parties to submit the proposed joint judgment, if possible, by September 30, 2015. Submission of this proposed judgement will not be considered a waiver of any objections to the court's orders on appeal.

                                                    S/Robert H. Cleland
                                                    ROBERT H. CLELAND
                                                    UNITED STATES DISTRICT JUDGE

Dated: September 28, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 28, 2015, by electronic and/or ordinary mail.

                                                    S/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522