UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOES #1-5 AND MARY DOE,

    Plaintiffs,

v

RICK SNYDER, Governor of the State of Michigan, and COL. KRISTE ETUE, Director of the Michigan State Police, in their official capacities,

    Defendants.
_____/

No. 2:12-cv-11194

HON. ROBERT H. CLELAND

MAG. DAVID R. GRAND

## STIPULATED ORDER RESOLVING PLAINTIFFS' PETITION FOR ATTORNEYS' FEES AND COSTS (R. 154)

This matter having come before the court upon the Stipulated Order of the parties;

IT IS HEREBY ORDERED, that the parties have resolved the issues raised in Plaintiffs' Petition and Brief for Attorneys' Fees and Costs (R. 154) and therefore the Petition is dismissed with prejudice as moot. This matter remains closed.

                                     S/Robert H. Cleland
                                     ROBERT H. CLELAND
                                     UNITED STATES DISTRICT JUDGE

Dated: August 17, 2018

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, August 17, 2018, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(810) 292-6522

Stipulated:

*/s/Miriam Aukerman (w/permission)*     Date: August 15, 2018
Miriam Aukerman (P63165)
Attorneys for Plaintiffs

*/s/Adam P. Sadowski*     Date: August 15, 2018
Adam P. Sadowski (P73864)
Assistant Attorney General
Attorney for Defendants